John P. McCormick, Esq., SBN 38064
Konrad M. Rasmussen, Esq., SBN 157030
McCORMICK & MITCHELL
8885 Rio San Diego Drive, Suite 212
San Diego, CA 92108
Tel: (619) 235-8444
Fax: (619) 294-8447

Attorneys for Defendants CITY OF IMPERIAL, OFFICER ABEL HEREDIA and CORPORAL ALBERT VALENZUELA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN GARCIA,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF IMPERIAL, OFFICER A.S. VALENZUELA, OFFICER A. HEREDIA, and DOES 1-5,<br><br>  Defendants. | CASE NO: 08 CV 2357 BTM AJB<br><br>**MOTION TO FILE EXHIBITS "H" AND "I" TO DECLARATION OF KONRAD M. RASMUSSEN AUTHENTICATING EXHIBITS IN OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION OF LIABILITY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF COLLATERAL ESTOPPEL TO BRING MOTION FOR SUMMARY ADJUDICATION OF LIABILITY UNDER SEAL**<br><br>Date: July 2, 2010<br>Time: 11:00 a.m.<br>Dept: Courtroom 15<br>Judge: Hon. Barry T. Moskowitz |

Defendants request that the court issue an order that Exhibits "H" and "I" to the declaration of Konrad M. Rasmussen authenticating exhibits in opposition to plaintiff's motion for summary adjudication of liability and defendant's separate memorandum of points and authorities in support of collateral estoppel shall be filed under seal and not be entered on PACER or otherwise disclosed or made available except pursuant to the parties' Protective Order, which was approved by this court on July 30, 2009, Docket No. 20.

Exhibit "H" is excerpts of the deposition of Ruben Garcia taken July 28, 2009. Exhibit "I" is copies of documents from Imperial County Case No. JJL24010, including the Order After Judicial

*MOTION TO FILE EXHIBITS UNDER SEAL*

1 Review, which orders that disclosure of these records shall be subject to protective order regarding confidential information.

These exhibits and the points and authorities pertain to, discuss and consist of records which are typically maintained confidential. Accordingly, defendants request to file said documents under seal.

Respectfully, submitted.

                              McCORMICK & MITCHELL

                              S/Konrad M. Rasmussen

DATED: June 18, 2010       By: _____
                                            John P. McCormick
                                            Konrad M. Rasmussen
                                            Attorneys for Defendants

*MOTION TO FILE EXHIBITS UNDER SEAL*