1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

11  RUBEN GARCIA,

12                                        Plaintiff,

13       v.

14  CITY OF IMPERIAL, OFFICER A.S.
    VALENZUELA, OFFICER A. HEREDIA,
15  and DOES 1-5,

16                                        Defendants.

Case No. 08cv2357 BTM(PCL)

**ORDER GRANTING MOTION TO
FILE UNDER SEAL DOC. NO. 86-1
AND PLAINTIFF'S REPLY RE:
COLLATERAL ESTOPPEL**

17
18      Plaintiff has filed a motion to file under seal Defendants' Memorandum of Points and

19  Authorities on Collateral Estoppel (Doc. No. 86-1) and Plaintiff's reply thereto.  Because

20  these documents discuss confidential juvenile records, Plaintiff's motion is **GRANTED**.  The

21  Clerk shall file Doc. No. 86-1 **UNDER SEAL** and shall remove it from the public docket.

22  Plaintiff is granted permission to file his reply re: the collateral estoppel issue under seal.

23  **IT IS SO ORDERED.**

24  DATED:  June 29, 2010

25
26                                        Honorable Barry Ted Moskowitz
                                          United States District Judge
27
28

                                        1                          08cv2357 BTM(PCL)